1  David M. Cohen, Esq. (SBN: 160535)
   david@davidcohen-law.com
2  DAVID M. COHEN, A Professional Law
   Corporation
3  5950 Canoga Ave., Suite 605
   Woodland Hills, California 91367
4  Telephone: (818) 855-5905
   Facsimile: (818) 855-5915
5
   Attorneys for Defendant
6  PRIMESTOR CFIC/CG, LLC, A
   DELAWARE LIMITED LIABILITY
7  COMPANY

8

9                    UNITED STATES DISTRICT COURT
10
                     CENTRAL DISTRICT OF CALIFORNIA
11

12

13 | GARY SCHERER,                         | CASE NO. 2:19-cv-07324-VAP (GJSx)
14 |                                        |
   |       Plaintiff,                       | **STIPULATION TO EXTEND TIME**
15 |                                        | **FOR DEFENDANT TO RESPOND TO**
   |                                        | **INITIAL COMPLAINT BY NOT**
16 |   v.                                   | **MORE THAN 30 DAYS (L.R. 8-3)**
17 |                                        |
   | Primestor CFIC/CG, LLC, a              | Complaint Served: 9/5/19
18 | Delaware limited liability company;    | Current Response Date: 10/7/19
   | and Does 1-10                          | New Response Date: 11/4/19
19 |                                        |
   |       Defendants.                      | Trial Date:
20 |                                        | District Judge: Virginia A. Phillips
21

22

23

24

25

26

27

28

# STIPULATION AND REQUEST TO EXTEND TIME TO FILE AN ANSWER TO INITIAL COMPLAINT

Plaintiff GARY SCHERER ("Plaintiff"), and Defendant Primestor CFIC/CG, LLC, a Delaware limited liability company ("Defendant") jointly stipulate to extend the time for Defendant to file an Answer to the initial complaint from October 7, 2019 to November 4, 2019.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: October 8, 2019        DAVID M. COHEN, APLC

By: /s/ _____
David M. Cohen
Attorneys for Defendant

Dated: October 8, 2019        CENTER FOR DISABILITY ACCESS
By: /s/ _____
Phyl Grace
Attorneys for Plaintiff

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:   October 8, 2019           By: /s/_____
                                   David M. Cohen
                                   Attorneys for Defendant